# IN THE SUPREME COURT OF THE STATE OF NEVADA

BISHOP LOTT,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 71946

FILED

OCT 13 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER OF AFFIRMANCE*

This is a pro se appeal from an order of the district court denying a postconviction petition for a writ of habeas corpus.[1] Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

In his June 16, 2016, petition, appellant Bishop Lott argued that the Nevada Department of Corrections had not properly applied his good time credits to his minimum term and that he should receive an additional 150 days of work credit because he was willing to work. We conclude that the district court did not err in denying his petition. NRS 209.4465(8)(d) precludes application of statutory good time credits to his minimum term because robbery is a category B felony.[2] NRS 209.4465(2) provides for work credit for "diligence in labor and study." Because Lott did

---

[1]This appeal has been submitted for decision on the record without briefing or oral argument. NRAP 34(f)(3), (g); *see also* NRAP 31(d)(1); *Luckett v. Warden*, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

[2]The information indicates that the robbery was committed in 2011.

not work during the period in question, he was not entitled to work credit.[3] Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

cc:    Hon. Linda Marie Bell, District Judge
Bishop Lott
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

---

[3]There is no protected liberty interest in being provided prison employment. *See Collins v. Palczewski*, 841 F. Supp. 333, 335-40 (D. Nev. 1993).